**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHARLTON WATSON,** | § | |
| | § | |
| Petitioner, | § | Civil Action No. 3:09-CV-1125-O |
| | § | |
| VS. | § | |
| | § | |
| **RICK THALER,** | § | |
| Director, TDCJ-CID | § | |
| | § | |
| Respondent. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge (Doc. # 11) in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the Findings of the Court.

Accordingly, the Court **FINDS** that Petitioner's Petition for Writ of Habeas Corpus is barred by limitations and further **ORDERS** that it be dismissed with prejudice.

So **ORDERED** this **21st** day of **January, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**